UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | | |
|---|---|---|
| Great Lakes Aviation, Ltd., | ) | File No. 07-CV-04314 PAM/JSM |
| Plaintiff, | ) | |
| vs. | ) | |
| International Association of Machinists & Aerospace Workers, International Association of Machinists Air Transport District 143, Stephen M. Gordon, and The National Mediation Board, | ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants. | ) | |

---

Pursuant to the parties' Stipulation to Dismiss (Doc. No. 68),

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice, with the parties bearing their own fees and costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: January  26,   2009                BY THE COURT:


                                          s/Paul A. Magnuson
                                          Paul A. Magnuson
                                          United States District Court Judge